MN,ND-305
(5/94)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA
### THIRD DIVISION

**Unclaimed Dividends and/or
Distributions Less Than $5 For Deposit To Registry Fund**

Debtor:   Loren & Theresa Rydlund

Chapter 7

Case No. 09-30512

Please Check One:

____   Unclaimed Dividends

  X    Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ECM Publishers, Inc.<br>4095 Coon Rapids Blvd<br>Coon Rapids, MN 55433 | 11 | $140.68 | $3.43 |

Date:  January 13, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475